UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HOLLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-cv-01824-RLY-TAB |
| | ) | |
| BARTHOLOMEW COUNTY COURT SERVICES, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

Comes now the court, having this day granted Defendant's Motion for Summary Judgment, and enters final judgment in its favor, and against the Plaintiff herein, Hollie Brown.

**SO ORDERED** this 21st day of September 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1